**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JOSEPH CINQUINI,**

                Plaintiff,

**vs.**                    **CASE NO. 8:16-cv-03409-CEH-TGW**

**SYNCHRONY BANK f/k/a**
**GE CAPITAL RETAIL BANK,**

                Defendant.
_____/

**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF JOSEPH CINQUINI AND DEFENDANT SYNCHRONY BANK f/k/a GE CAPITAL RETAIL BANK**

**COMES NOW**, Plaintiff, JOSEPH CINQUINI, by and through his undersigned counsel, pursuant to Local Rule 3.08 and notifies the Court that Plaintiff Joseph Cinquini and Defendant Synchrony Bank have reached a compromise settlement and that Plaintiff requests the Court order that the case be dismissed subject to the right of any party to move the Court within ninety (90) days thereafter for the purpose of entering a stipulated form of the final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

Respectfully, submitted this 19th day of June, 2018 by:

                /s/ James S. Giardina
                James S. Giardina – Trial Counsel
                Fla. Bar No. 0942421
                The Consumer Rights Law Group, PLLC
                3104 W. Waters Avenue, Suite 200
                Tampa, Florida 33614-2877
                Tel: (813) 435-5055 ext 101
                Fax: (866) 535-7199
                James@ConsumerRightsLawGroup.com
                *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via the Court's CM/ECF system on this 19th day of June, 2018 to Counsel(s) for Defendant:

**Marc T. Parrino, Esq.**
service@lgplaw.com
mtp@lgplaw.com
lp@lgplaw.com
Liebler, Gonzalez & Portuondo
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130

**Brandon T. White, Esq.**
bwhite@reedsmith.com
Reed Smith LLP
1001 Brickell Bay Drive
Suite 900
Miami, FL 33131

**Siobhan E. P. Grant, Esq.**
sepg@lgplaw.com
Liebler, Gonzalez & Portuondo
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130

**Jonathan Marmo, Esq.**
jmarmo@reedsmith.com
Reed Smith LLP
Reed Smith Centre
225 5th Avenue
Pittsburgh, PA 15222

**Travis Sabalewski**
tsabalewski@reedsmith.com
Reed Smith LLP
Riverfront Plaza – West Tower
901 East Byrd Street, Suite 1700
Richmond, VA 23219-4068

*s/ James S. Giardina*
James S. Giardina